No. 1043. WALKER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *William J. Dammarell* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 1047. PROCTER & GAMBLE MANUFACTURING Co. *v.* INDEPENDENT SOAP WORKERS OF SACRAMENTO, CALIFORNIA. C. A. 9th Cir. Certiorari denied. *Richard W. Barrett, Jack G. Evans* and *Guy Farmer* for petitioner. *Archibald Marison Mull, Jr.* and *Patrick J. McCarthy* for respondent.

No. 1048. SILVERSTEIN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Boris Kostelanetz* and *Raymond Rubin* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *Burton Berkley* for the United States.

No. 1049. SEIDMAN *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied. *Frank B. Cahn II* and *Paul A. Dorf* for petitioner.

No. 1051. RITHOLZ *v.* OGILVIE, SHERIFF. Supreme Court of Illinois. Certiorari denied. *Charles A. Bellows* for petitioner. *Daniel P. Ward* and *Elmer C. Kissane* for respondent.

No. 1052. SIRIMARCO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Walter L. Gerash* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome Nelson* for the United States.